RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 4/19/16
BY DM

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 15-CR-00240-01 |
| VERSUS | JUDGE HICKS |
| MICHAEL A. LORD (01) | MAGISTRATE JUDGE HORNSBY |

## EXHIBIT LIST FOR CHANGE OF PLEA HEARING:

GOV A    Photograph of pill press, mixer, and product

GOV B    Close-up photograph of pill press

GOV C    Close-up photograph of mixer