## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 08, 2017

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 17-30486   USA v. Michael Lord, et al
                           USDC No. 5:15-CR-240-1
                           USDC No. 5:15-CR-240-2

Dear Mr. Moore,

Please rescind the letter dated September 8, 2017, invoking the Judicial Council's discount for failure to timely file the transcript, as applicable to court reporter, Ms. Marie Moran Runyon.

The transcripts are due to be filed by September 25, 2017 and therefore are not overdue. The discount letter issued prematurely due to a clerical error.

                                        Sincerely,
                                        LYLE W. CAYCE, Clerk

                                        By: /s/Lyle W. Cayce
                                        Lyle W. Cayce

cc:
    Mr. Paul J. Carmouche
    Ms. Carol Mignonne Griffing
    Ms. Cytheria Dawn Jernigan
    Ms. Marie Moran Runyon