# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

December 26, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30486    USA v. Michael Lord, et al  
                       USDC No. 5:15-CR-240-1  
                       USDC No. 5:15-CR-240-2

The court has granted the motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion, within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Shea E. Pertuit, Deputy Clerk  
                              504-310-7666

Mr. Paul J. Carmouche  
Ms. Camille Ann Domingue  
Ms. Carol Mignonne Griffing  
Ms. Cytheria Dawn Jernigan  
Mr. Tony R. Moore

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Fifth Circuit No. 17-30486 |
|    Plaintiff-Appellee | * | |
| | * | |
| VERSUS | * | |
| | * | |
| MICHAEL A. LORD; | * | |
| RANDALL B. LORD, | * | |
|    Defendants-Appellants | * | USDC No. 5:15-CR-240-1-2 |

### UNITED STATES' UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL AND TO SUSPEND BRIEFING SCHEDULE PENDING RULING ON THIS MOTION

NOW COMES the United States of America, appellee herein, through the undersigned Assistant United States Attorney, who respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 10(e), to supplement the record on appeal with the first Addendum to the PSR regarding Michael A. Lord, which is missing from the record on appeal, and to suspend the briefing schedule until the Court rules on this motion and the record on appeal has been supplemented, and in support of which motion would respectfully show as follows:

1.

The instant appeal presents, among other issues, arguments challenging the advisory guideline calculation.

2.

In preparing the United States' answering brief in this case, undersigned counsel discovered that the original addendum to the PSR as to Michael A. Lord, which is dated July 13, 2016, is missing from the record on appeal. Undersigned counsel for the United States has located a copy of this document in her office's files and has attached a copy to this motion.

3.

Federal Rule of Appellate Procedure 10(e) permits the correction, modification, or supplementation of the record on appeal so that the record "truly discloses what occurred in the district court." *Fed. R. App. P. 10(e)*; *United States v. Page*, 661 F.2d 1080, 1081-82 (5th Cir. 1981). The United States respectfully submits that this document is relevant to the issue on appeal, as it sets forth the United States' objections to the PSR, and the probation officer's response to those objections. Two of the district court's rulings regarding those objections are among the rulings challenged by Michael Lord on appeal.

4.

Undersigned counsel for the United States has consulted with counsel for the defendant, who has advised that the defendant does not oppose the United States' motion to supplement the record with the missing document.

WHEREFORE, the United States respectfully moves this Court to order that the record on appeal be supplemented with the original addendum to the PSR as to Michael A. Lord, which is dated July 13, 2016. Because this document should be part of the record on appeal before briefing is concluded in this case, the United States further moves this Court to suspend the briefing schedule until such time that the Court rules on this motion, and until such time as the record on appeal has been supplemented by the clerk.

Respectfully submitted,

ALEXANDER C. VAN HOOK
Acting United States Attorney

BY: *s/ Camille A. Domingue*

CAMILLE A. DOMINGUE (#20168)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing United States United States' Unopposed Motion to Supplement Record on Appeal and to Suspend Briefing Schedule Pending Ruling on this Motion was filed electronically with the Fifth Circuit Court of Appeals using the electronic filing system. Notice of this filing will be sent to counsel of record either by operation of the court's electronic filing system and/or via United States Mail to:

>Mr. Paul J. Carmouche
>STROUD, CARMOUCHE & BUCKLE, P. L. L. C.
>7330 Fern Avenue, Suite 903
>Shreveport, LA 71105.

Lafayette, Louisiana, this the 20th day of December, 2017.

>Respectfully submitted,
>
>ALEXANDER C. VAN HOOK
>Acting United States Attorney
>
>BY: *s/ Camille A. Domingue*
>CAMILLE A. DOMINGUE (#20168)
>Assistant United States Attorney
>800 Lafayette Street, Suite 2200
>Lafayette, LA 70501
>(337) 262-6618

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

   (a) This motion contains __388__ words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   (a) This motion has been prepared in a proportionally spaced typeface using:

   Software Name and Version – **Microsoft Word 2016**;

   in Typeface Name and Font Size - **Century Schoolbook 14 pt.**

*s/Camille A. Domingue*          December 20, 2017
CAMILLE A. DOMINGUE (#20168)     Date
Assistant United States Attorney

- 5 -