**MINUTE ENTRY**
**April 11, 2019**
**JUDGE S. MAURICE HICKS, JR.**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:15-CR-00240-01** |
| **VERSUS** | **JUDGE HICKS** |
| **MICHAEL A LORD (01)** | **MAGISTRATE JUDGE HORNSBY** |

************************************

In light of the remand from the U.S. Court of Appeals for the Fifth Circuit, re-sentencing in this matter is **SET for June 13, 2019 at 10:00 AM.**

*[signature: S. Maurice Hicks]*